UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| James E. Walker, | ) | Case No. 14 B 04035 |
| | ) | |
| Debtor. | ) | Honorable Judge Eugene Wedoff |

### NOTICE OF WITHDRAWAL

To:   See Attached Service List

PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT** previously filed on April 10, 2017 **(Document #17)** is withdrawn.   It is withdrawn because the document was filed on the wrong case.

/s/ Patrick S. Layng
Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois   60604
(312) 886-7481

### CERTIFICATE OF SERVICE

I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on April 10, 2017, was served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on April 10, 2017.

/s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Horace Fox, Jr.
foxhorace@aol.com

Thomas Twomey
ecf@zaplawfirm.com

**Parties Served via First Class Mail:**

James E. Walker
316 West 104th Place
Chicago, IL   60628